FILED

OCT 29 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

|  |  |
|---|---|
| ROBERT DOUGLAS BERGMAN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MATTHEW CATES,<br><br>　　　　　Respondent. | Case No. EDCV 12-00339-AG (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. No objection to the Report and Recommendation was filed. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: October 28, 2012

Andrew J. Guilford
United States District Judge