JS - 6 / Enter

**FILED**
OCT 29 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ROBERT DOUGLAS BERGMAN,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATES,<br><br>    Respondent. | Case No. EDCV 12-00339-AG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 28, 2012

_____
Andrew J. Guilford
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY